AO 440 (Rev. 03/08) Civil Summons

E-filing

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Craig Yates, et al. | ) | CV 08    3183 BZ |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Happy Dragon, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: See service list attached
    *(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas E. Frankovich
Thomas E. Frankovich, APLC
2806 Van Ness Avenue
San Francisco, CA 94109 / Telephone: 415-674-8600

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL - 2 2008

ANNA SPRINKLES
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

                                                            Server's signature

                                                            Printed name and title

                                                            Server's address

ORIGINAL

1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900

5  Attorneys for Plaintiffs
   CRAIG YATES
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  HELP OTHERS

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 | CRAIG YATES, an individual; and ) | CASE NO.
   | DISABILITY RIGHTS, ENFORCEMENT, ) | **Civil Rights**
12 | EDUCATION, SERVICES:HELPING YOU )
   | HELP OTHERS, a California public benefit ) | **COMPLAINT FOR INJUNCTIVE RELIEF**
13 | corporation, ) | **AND DAMAGES:**
   | )
14 |     Plaintiffs, ) | **1ˢᵗ CAUSE OF ACTION:** For Denial of Access
   | ) | by a Public Accommodation in Violation of the
15 | v. ) | Americans with Disabilities Act of 1990 (42
   | ) | U.S.C. §12101, *et seq.*)
16 | HAPPY DRAGON; ZHI GUANG CEN and )
   | JANET LI ZHEN HE, husband and wife; ) | **2ⁿᵈ CAUSE OF ACTION:** For Denial of Full
17 | and CHENG SANDY X HONG, an ) | and Equal Access in Violation of California
   | individual dba HAPPY DRAGON ) | Civil Code §§54, 54.1 and 54.3
18 | CHINESE RESTAURANT, )
   | ) | **3ʳᵈ CAUSE OF ACTION:** For Denial of
19 |     Defendants. ) | Accessible Sanitary Facilities in Violation of
   | ) | California Health & Safety Code §19955, *et seq.*

20
                                          **4ᵗʰ CAUSE OF ACTION:** For Denial of
21                                        Access to Full and Equal Accommodations,
                                          Advantages, Facilities, Privileges and/or
22                                        Services in Violation of California Civil Code
                                          §51, *et seq.* (The Unruh Civil Rights Act)
23

24

25                                        **DEMAND FOR JURY**

26

27

28

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SERVICE LIST

## Craig Yates, et al. v. Happy Dragon, et al.
Case no.

Zhi Guang Cen
Janet Li Zhen He
349 11th Ave
San Francisco, CA 94118

Cheng Sandy X Hong, an individual
dba Happy Dragon Chinese Restaurant
3608 Balboa Street
San Francisco, CA 94122