1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/444-5800
4  Facsimile:    415/444-5805

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES: HELPING YOU
   HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HAPPY DRAGON; ZHI GUANG CEN and JANET LI ZHEN HE, husband and wife; and CHENG SANDY X HONG, an individual dba HAPPY DRAGON CHINESE RESTAURANT,<br><br>　　　　Defendants. | **CASE NO. CV-08-3183-BZ**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

　　　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 1, 2008　　　　THOMAS E. FRANKOVICH
　　　　　　　　　　　　　　　　*A PROFESSIONAL LAW CORPORATION*


　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　Thomas E. Frankovich
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs