1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
3  4328 Redwood Hwy., Suite 300
   San Francisco, CA 94109
4  Telephone:   415/674-8600
5  Facsimile:   415/674-9900

6  Attorneys for Plaintiffs
7  CRAIG YATES
   and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
8  HELP OTHERS

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  CRAIG YATES, an individual; and           )   CASE NO. CV-08-3183-BZ
    DISABILITY RIGHTS, ENFORCEMENT,           )
13  EDUCATION, SERVICES:HELPING YOU )
    HELP OTHERS, a California public benefit  )   RETURN OF SERVICE RE DEFENDANTS
14  corporation,                              )   ZHI GUANG CEN and JANET LI ZHEN
                                              )   HE, husband and wife; and CHENG SANDY
15         Plaintiffs,                        )   X HONG, an individual dba HAPPY
                                              )   DRAGON CHINESE RESTAURANT
16  v.                                        )
                                              )
17  HAPPY DRAGON; ZHI GUANG CEN and )
    JANET LI ZHEN HE, husband and wife;       )
18  and CHENG SANDY X HONG, an                )
    individual dba HAPPY DRAGON               )
19  CHINESE RESTAURANT,                       )
                                              )
20         Defendants.                        )
                                              )
21  _____)

RETURN OF SERVICE RE DEFENDANTS ZHI GUANG CEN and JANET LI ZHEN HE, husband and wife; and CHENG SANDY X HONG, an individual dba HAPPY DRAGON CHINESE RESTAURANT

1

| | |
|---|---|
| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH<br>THOMAS E. FRANKOVICH, APLC<br>4328 REDWOOD HIGHWAY<br>SAN RAFAEL, CA 94903<br>Telephone No: 415-444-5800     FAX No: 415 674-9900<br><br>Attorney for: Plaintiff | For Court Use Only |

Ref. No. or File No.: **HAPPY DRAGON**

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al.
Defendant: HAPPY DRAGON, et al.

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: CV-08-3183-BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Drop Box Filing Procedure; Welcome To The U.S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Standing Orders; Standing Orders For All Judges Of The Northern District Of California; Ecf Registration Information Handout; Dispute Resolution Procedures; Letters Dated August 6, 2008 (3).

3. a. Party served:          ZHI GUANG CEN and JANET LI ZHEN HE, husband and wife
   b. Person served:         ZHI GUANG CEN

4. Address where the party was served:  349 11TH AVENUE
                                        SAN FRANCISCO, CA 94118

5. I served the party.
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug. 11, 2008 (2) at: 12:15PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANDY ESQUER                                         d. The Fee for Service was:

   First Legal Support Services                           e. I am: (3) registered California process server
   ATTORNEY SERVICES                                          (i)  Independent Contractor
   1138 HOWARD STREET                                         (ii) Registration No.   2007-0001009
   San Francisco, CA 94103                                    (iii) County:           San Francisco
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Aug 12, 2008

                                                               (ANDY ESQUER)

Judicial Council Form POS-010                  PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007         SUMMONS IN A CIVIL                      6435429.thoft-sf.153113

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS E. FRANKOVICH<br>THOMAS E. FRANKOVICH, APLC<br>4328 REDWOOD HIGHWAY<br>SAN RAFAEL, CA 94903<br>*Telephone No:* 415-444-5800   *FAX No:* 415 674-9900<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:* HAPPY DRAGON

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* CRAIG YATES, et al.
*Defendant:* HAPPY DRAGON, et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV-08-3183-BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Drop Box Filing Procedure; Welcome To The U.S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Orders; Standing Orders For All Judges Of The Northern District Of California; Ecf Registration Information Handout; Dispute Resolution Procedures; Letters Dated August 6, 2008 (3).

3. a. *Party served:*        ZHI GUANG CEN and JANET LI ZHEN HE, husband and wife
   b. *Person served:*       JANET LI ZHEN HE

4. *Address where the party was served:*   349 11TH AVENUE
   SAN FRANCISCO, CA 94118

5. *I served the party:*
   b. by **substituted service**. On: Mon., Aug. 11, 2008 at: 12:15PM by leaving the copies with or in the presence of:
      ZHI GUANG CEN, CO-TENANT
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANDY ESQUER                              d. *The Fee for Service was:*
      First Legal Support Services             e. I am: (3) registered California process server
      ATTORNEY SERVICES                            (i) Independent Contractor
      1138 HOWARD STREET                           (ii) Registration No.: 2007-0001009
      San Francisco, CA 94103                      (iii) County:           San Francisco
      (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Aug. 12, 2008

(ANDY ESQUER)

Judicial Council Form POS-010            PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                        6435430.thofs-of.153118

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH<br>THOMAS E. FRANKOVICH, APLC<br>4328 REDWOOD HIGHWAY<br>SAN RAFAEL, CA 94903 | | |
| Telephone No. 415-444-5800    FAX No: 415 674-9900 | Ref. No or File No.:<br>HAPPY DRAGON | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al. | | |
| Defendant: HAPPY DRAGON, et al. | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date:   Time:   Dept/Div: | Case Number:<br>CV-08-3183-BZ |

1. I, ANDY ESQUER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ZHI GUANG CEN and JANET LI ZHEN HE, husband and wife as follows:

2. Documents: Summons In A Civil Action; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Drop Box Filing Procedure; Welcome To The U.S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Standing Orders; Standing Orders For All Judges Of The Northern District Of California; Ecf Registration Information Handout; Dispute Resolution Procedures; Letters Dated August 6, 2008 (3)..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 08/09/08 | 8:00pm | Home | THE SUBJECT IS NOT HOME AT THIS TIME PER CO-TENANT. Attempt made by: ANDY ESQUER. Attempt at: 349 11TH AVENUE SAN FRANCISCO CA 94118. |
| Sun | 08/10/08 | 12:00pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: ANDY ESQUER. Attempt at 349 11TH AVENUE SAN FRANCISCO CA 94118. |
| Mon | 08/11/08 | 12:15pm | Home | Substituted Service on: ZHI GUANG CEN and JANET LI ZHEN HE, husband and wife Home - 349 11TH AVENUE SAN FRANCISCO, CA. 94118 by Serving: JANET LI ZHEN HE Competent Member of the Household over 18 by leaving a copy of the document(s) with: ZHI GUANG CEN, CO-TENANT. Served by ANDY ESQUER |
| Tue | 08/12/08 | | | Mailed copy of Documents to ZHI GUANG CEN and JANET LI ZHEN HE, husband and wife |

3. Person Executing
   a. ANDY ESQUER
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD ST.
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2007-0001009
      (iii) County: San Francisco

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS E. FRANKOVICH<br>THOMAS E. FRANKOVICH, APLC<br>4328 REDWOOD HIGHWAY<br>SAN RAFAEL, CA 94903<br>*Telephone No:* 415-444-5800     *FAX No:* 415 674-9900<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No or File No.:* HAPPY DRAGON

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* CRAIG YATES, et al.
*Defendant:* HAPPY DRAGON, et al.

| **PROOF OF SERVICE** **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* CV-08-3183-BZ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action, Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Drop Box Filing Procedure; Welcome To The U.S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Standing Orders; Standing Orders For All Judges Of The Northern District Of California; Ecf Registration Information Handout; Dispute Resolution Procedures; Letters Dated August 6, 2008 (3).

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Tue., Aug. 12, 2008
   b. Place of Mailing:       SAN FRANCISCO, CA 94103
   c. Addressed as follows:   ZHI GUANG CEN and JANET LI ZHEN HE, husband and wife
                              349 11TH AVENUE
                              SAN FRANCISCO, CA 94118

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S Postal Service on Tue., Aug. 12, 2008 in the ordinary course of business.

5. *Person Serving:*
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2008-0001059
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Aug. 12, 2008

*Judicial Council Form POS-010*
*Rule 2.150.(a)&(b) Rev January 1, 2007*

PROOF OF SERVICE
By Mail

(AARON DANIEL)

6435430.thofr-sf.153118

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH<br>THOMAS E. FRANKOVICH, APLC<br>4328 REDWOOD HIGHWAY<br>SAN RAFAEL, CA 94903<br>Telephone No: 415-444-5800    FAX No: 415 674-9900 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>HAPPY DRAGON | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | |
| Defendant: HAPPY DRAGON, et al. | | | | |
| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div. | Case Number:<br>CV-08-3183-BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Drop Box Filing Procedure; Welcome To The U.S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Orders; Standing Orders For All Judges Of The Northern District Of California; Ecf Registration Information Handout; Dispute Resolution Procedures; Letters Dated August 6, 2008 (3)

3. a. Party served: CHENG SANDY X HONG, an individual dba HAPPY DRAGON CHINESE RESTAURANT

4. Address where the party was served: 3608 BALBOA STREET SAN FRANCISCO, CA 94122

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug. 11, 2008 (2) at: 12:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:
   a. ANDY ESQUER
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   d. The Fee for Service was:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No: 2007-0001009
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Aug. 12, 2008

   _(signature)_ (ANDY ESQUER)

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS IN A CIVIL

   6435431.thofv-sf.153121