| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | PAUL W. VAPNEK (State Bar No. 36576) |
| 2 | pwvapnek@townsend.com |
| | CHUAN GAO (State Bar No. 219358) |
| 3 | cgao@townsend.com |
| | EUGENE MADUEWESI (State Bar No. 221181) |
| 4 | emaduewesi@townsend.com |
| | GREG H. KLINE (State Bar No. 256036) |
| 5 | ghkline@townsend.com |
| | Two Embarcadero Center, 8th Floor |
| 6 | San Francisco, California 94111 |
| | Telephone: (415) 576-0200 |
| 7 | Facsimile: (415) 576-0300 |
| 8 | Attorneys for Defendants |
| | HAPPY DRAGON and |
| 9 | CHENG SANDY X HONG, an individual |
| | dba HAPPY DRAGON CHINESE RESTAURANT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, | Case No.   CV 08-3183 BZ |
| | **STIPULATION AND [PROPOSED] ORDER TO MOVE INSPECTION OF PREMISES DATE** |
| Plaintiffs, | |
| v. | Hon. Bernard Zimmerman |
| HAPPY DRAGON; ZHI GUANG CEN and JANET LI ZHEN HE, husband and wife; and CHENG SANDY X HONG, an individual dba HAPPY DRAGON CHINESE RESTAURANT, | |
| Defendants. | |

1   Whereas on July 2, 2008, the Court issued the Case Schedule in this case setting October 10,
2   2008 as the last date for Inspection of Premises;
3   Whereas the Plaintiffs and Defendants Happy Dragon and Cheng Sandy X Hong ("Happy
4   Dragon Defendants") have agreed to move the last date for Inspection of Premises from October 10,
5   2008 to October 31, 2008, subject to the approval of the court.
6   The Parties hereby stipulate and agree as follows:
7   The current schedule setting October 10, 2008 as the last date for Inspection of Premises will
8   be extended by approximately 21 days to October 31, 2008.

10  DATED:  October 9, 2008         Respectfully submitted,
11                                   TOWNSEND AND TOWNSEND AND CREW LLP

13                                   By: /s/ Paul W. Vapnek
                                         PAUL W. VAPNEK
14                                       CHUAN GAO
                                         EUGENE MADUEWESI
15                                       GREG H. KLINE

16                                       Attorneys for Defendants
                                         HAPPY DRAGON and
17                                       CHENG SANDY X HONG, an individual
                                         dba HAPPY DRAGON CHINESE RESTAURANT
18

STIPULATION AND [PROPOSED] ORDER TO MOVE INSPECTION OF PREMISES DATE         - 1 -
Case No. CV 08-3183 BZ

1                                       **[PROPOSED] ORDER**

2           The Stipulation and [Proposed] Order To Move Inspection Of Premises Date is hereby adopted

3 by the Court. The parties are directed to comply with this Order.

6 **IT IS SO ORDERED.**

7 DATED: October 10, 2008

10                                       Hon. Bernard Zimmerman
                                           United States Magistrate Judge

| | |
|---|---|
| 1 | **GENERAL ORDER 45 ATTESTATION** |
| 2 | I, Paul W. Vapnek, am the ECF user whose ID and password are being used to file this |
| 3 | Stipulation and [Proposed] Order To Move Inspection Of Premises Date.  In compliance with General |
| 4 | Order 45, X.B., I hereby attest that Thomas Frankovich has concurred in this filing. |

DATED:  October 9, 2008              TOWNSEND AND TOWNSEND AND CREW LLP


By: /s/ Paul W. Vapnek
    PAUL W. VAPNEK
    CHUAN GAO
    EUGENE MADUEWESI
    GREG H. KLINE

Attorneys for Defendants
HAPPY DRAGON and
CHENG SANDY X HONG, an individual
dba HAPPY DRAGON CHINESE RESTAURANT

61563169 v1