UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al. ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> HAPPY DRAGON, et al., ) <br> ) <br> Defendant(s). ) <br>  ) | No. C08-3183 BZ <br><br> **ORDER REQUESTING** <br> **STATUS REPORT** |

On August 3, 2009, the mediator certified to the Court that this case did not settle. Nothing has been docketed in the case since then. Plaintiff has not filed a request for a case management conference in accordance with the Scheduling Order entered July 2, 2008.

**IT IS THEREFORE ORDERED** that by **January 15, 2010**, plaintiff shall file a status report and shall indicate whether a case management conference should be scheduled.

Dated: December 30, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES V. HAPPY DRAGON\ORDER REQUESTING STATUS REPORT.wpd

1