UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>HAPPY DRAGON, et al.,<br><br>　　　　Defendant(s). | No. C08-3183 BZ<br><br>**CONDITIONAL ORDER**<br>**OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 8, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\YATES V. HAPPY DRAGON\ORD OF CONDITIONAL DISMISSAL.wpd

1